AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

LINKSTERS PADDYWAGON FRANCHSING LLC, a Florida limited liability company,

Plaintiff,

v.

AFFORDABLE HOSPITALITY OF FLORIDA, LLC, a Florida limited liability company, NORTH TAMPA HOSPITALITY LLC, a Florida limited liability company, NEW DIRECTION HOSPITALITY LLC, a Florida limited liability company, JEFFREY L. BARNES, an individual, and CHRISTOPHER GLADIEUX, an individual,

Defendants.
_______________________________/

Case No. 8:17 cv 2413 T 17 AEP

RECEIVED

2017 OCT 18 AM 10:54

CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Affordable Hospitality of Florida, LLC
c/o Jeffrey L. Barnes, Registered Agent
701 South Howard Ave.
106-123
Tampa, FL 33606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul D. Watson
Sivyer Barlow & Watson, PA
401 E. Jackson Street
Suite 2225
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/18/2017

*Signature of Clerk or Deputy Clerk*