UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINKSTERS PADDYWAGON
FRANCHISING LLC,
a Florida limited liability company,

        Plaintiff,

v.                                                     Case No. 8:17-cv-02413-T-02AEP

AFFORDABLE HOSPITALITY OF
FLORIDA, LLC, a Florida limited
liability company,
NORTH TAMPA HOSPITALITY, LLC,
a Florida limited liability company,
NEW DIRECTION HOSPITALITY, LLC,
a Florida limited liability company,
JEFFREY L. BARNES, an individual, and
CHRISTOPHER GLADIEUX, an individual,

        Defendants.
_____/

**ORDER**

        This cause came before the Court upon Affordable Hospitality of Florida, LLC, North Tampa Hospitality, LLC (collectively, "Judgment Defendants"), Jeffrey L. Barnes, Dr. Christopher Gladieux, and New Direction Hospitality, LLC (collectively, "Non-Judgment Defendants"), and nonparties, CJ Expansion Hospitality, LLC, 407 Expansion Hospitality, LLC, 727 Expansion Hospitality, LLC, Proprietary Management Services, LLC, and The Local Draught House Holdings, LLC, (collectively, "Non-Parties") Motion for Protective Order (Doc. 67), Plaintiff's, Linksters Paddywagon Franchising, LLC, Motions to Compel (Docs. 74, 75, 76, 77, 78, 79, 80, 81, 82, & 83), and the responses in opposition thereto (Docs. 73, 89, 90, & 91). A hearing on the matter was held on November 4, 2020. For the reasons stated during the hearing, it is hereby

ORDERED:

1. The parties' Motions (Doc. 67, 74, 75, 76, 77, 78, 79, 80, 81, 82, & 83) are GRANTED IN PART AND DENIED IN PART to extend that:

   a. The definition of the entities shall mean only the named entity and any predecessors or successors. For instance, "AHF shall mean Affordable Hospitality of Florida, LLC and its predecessors and successors." Further the individuals shall only mean the named individuals. For example, "Barnes shall mean Jeffrey L. Barnes." (*See* Doc. 67-1, at 4).

   b. Any requests pertaining to documents related to transfers from the Judgment Defendants shall be limited to transfers of monies in excess of $500.00 or more and any transfers of assets or property in excess of $500.00.

   c. Any request seeking financial records or documents of the Non-Judgment Defendants or Non-Parties that are not related to any transfers of monies, assets, or property from the Judgment Defendants are denied without prejudice. For example, the request for the Local Draught House Holdings, LLC, financial statements or for any loan applications of the Non-Judgment Defendants. (*See* Doc. 67, Ex. A ¶¶ 27, 31, & 32).

   d. If any of the information is withheld as privileged, a privilege log must be provided.

   e. The parties are directed to meet and confer regarding the confidentiality agreement.

DONE AND ORDERED in Tampa, Florida, on this 4th day of November, 2020.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

2